# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DIGITECH COMPUTER, INC.

VERSUS

CITY OF BATON ROUGE AND
PARISH OF EAST BATON ROUGE

NO.  2021 CW 1270

OCTOBER 21, 2021

---

In Re:    City of Baton Rouge/Parish of East Baton Rouge,
          applying for supervisory writs, 19th Judicial District
          Court, Parish of East Baton Rouge, No. 657701.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**    The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878 (La. 1989) (*per curiam*) are not met.

**PMc**
**MRT**

**Welch, J.,** dissents.    I would grant the writ for the limited purpose of remanding the matter to the district court with instructions to conduct a contradictory hearing on defendants/relators, the City of Baton Rouge, Parish of East Baton Rouge's, Motion to Quash Video Trial Deposition. See La. Code Civ. P. art. 963.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT